

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Sanders et al

**Plaintiff,**

V.

Sutton Funding, LLC et al

**Defendant.**

FILED

8/6/2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           J. Ortiz  , Deputy

**Civil No.**  10cv2142-JLS(DHB)

**STRICKEN DOCUMENT:**

Motion

**Per Order #     82**

80