UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.:             10cv2142-JLS(DHB)     CASE TITLE:  Sanders et al. v. Sutton Funding, LLC et al.
E-FILED DATE:         8/5/2014              DOC. NO.:    80
DOCUMENT TITLE:       Motion for Judgment
DOCUMENT FILED BY:    Plaintiffs

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| ✓ | Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| X | ECF § 2(a), (g) | Docket entry does not accurately reflect the document filed |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(f) | Lacking proper signature |
| X | Civ. L. Rule 5.1<br>Crim. L. Rule 47.1 | Missing time and date on motion and/or supporting documentation |
| X | Civ. L. Rule 7.1<br>Crim. L. Rule 32.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely (Motion is not noticed) |
| X | Civ. L. Rule 7.1<br>Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1<br>Crim. L. Rule 47.1 | Briefs or memoranda exceed length restrictions |
|   |   | Supplemental documents require court order |
| X |   | OTHER: The Court does not accept any ex parte communications. Plaintiffs may re-file their request as a noticed motion for judgment. Prior to filing any motions, counsel should obtain a hearing date/time from chambers. |

**IT IS HEREBY ORDERED**:

|   |   |
|---|---|
|   | The document is accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:  August 6, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge