UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SANDERS, CO-TRUSTEE OF DS/KSL SANDERS FAMILY TRUST UDT DATED APRIL 28, 1998; and KAREN L. SANDERS, CO-TRUSTEE OF THE DS/KSL SANDERS TRUST UDT DATED APRIL 28, 1998,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTON FUNDING, LLC; THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST; T.D. SERVICE COMPANY; and DOES 1–10, inclusive,<br><br>Defendants. | CASE NO. 10-CV-2142 JLS (DHB)<br><br>**ORDER: (1) GRANTING PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT; AND (2) DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br>(ECF No. 83) |

Presently before the Court is Plaintiffs Daniel Sanders and Karen L. Sanders' (collectively, "Plaintiffs") Motion for Entry of Judgment. (ECF No. 83.) In its June 26, 2014 Order, the Court granted Defendant Bank of New York Mellon's motion to dismiss but granted Plaintiffs' request for leave to file an amended complaint. (*See* ECF No. 73.) In their Motion, Plaintiffs state that they no longer intend to file an amended complaint, as discovery conducted after issuance of the Order revealed that

Plaintiffs' proposed amendment would be without merit. (Mot. for Entry of J. 3–4, ECF No. 83-1.) Accordingly, Plaintiffs request that this Court dispose of this case pursuant to the June 26, 2014 Order, which provided that "*[f]ailure to file an amended complaint [within fourteen days] may result in dismissal of this action with prejudice.*" (*Id.* at 4; Order 13, ECF No. 73.)

A hearing on this matter is presently scheduled for September 4, 2014. Accordingly, pursuant to the Local Rules, any opposition to Plaintiffs' Motion was due on or before August 21, 2014. *See* CivLR 7.1(e)(2). No defendant has filed an opposition. The Local Rules provide that failure to file a timely opposition "may constitute a consent to the granting of a motion." *See id.* 7.1(f)(3)(c).

Accordingly, the Court **HEREBY GRANTS** Plaintiffs' Motion. The Court **DISMISSES WITH PREJUDICE** all claims brought by Plaintiffs against Defendants in this matter. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

DATED: August 25, 2014

Honorable Janis L. Sammartino
United States District Judge